ments. No opinion. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent, v. ANNA GLASMAN, etc., and Others, Defendants; JACOB STOHL, Appellant.— Motion for permission to correct papers on appeal denied. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

SALVATORE BATTAGLIA, Respondent, v. CARMELO MAZZA and Others, Defendants; KINGS HIGHWAY DEVELOPMENT CO., INC., Appellant; SALVATORE BIANCAVILLA and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

HULDAH DAVIDSON, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

JOSEPH DEMATTEIS, Appellant, v. JASPER JONES, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

CECELIA FRANCES DUNN, as Administratrix, etc., of JOHN A. DUNN, Deceased, Respondent, v. A. RIEGEL & SONS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

LOUISE A. EBERT, Appellant, v. ARTHUR C. EBERT, Respondent.— Motion to resettle order granted to the extent of providing that there be added thereto, after the words " with ten dollars costs," the words " without prejudice," and order resettled accordingly. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

ANNA FRANZBLAU, Respondent, v. HARRY A. DANIELS and Another, Tenants; MARQUISETTE, INC., Undertenant; ARTHUR I. GOLDSTEIN, Attorney, Appellant. — Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

GRAYMAR REALTY CORPORATION, Respondent, v. ANNIE BREVOORT EDDY WALDEN, etc., and Others, Appellants; HENRY BREVOORT EDDY and Others, Defendants; JAMES H. CAVANAUGH, as Guardian ad Litem for ROMER TERRY TOWLE, an Infant, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

GRAYMAR REALTY CORPORATION, Respondent, v. ANNIE BREVOORT EDDY WALDEN, etc., and Others, Appellants; HENRY BREVOORT EDDY and Others, Defendants; JAMES H. CAVANAUGH, as Guardian ad Litem for ROMER TERRY TOWLE, an Infant, etc., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

HENRIETTA GRENNAN, Respondent, v. FRANKLIN A. COLES and FRANK AUSTIN, as Executors of HELENE FOSS, Deceased, and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Tompkins and Davis, JJ.; Hagarty, J., not voting.

In the Matter of the Application of WILLIAM BOREA, Appellant, for the Appoint-